■ In the Matter of JANIS A. PARAZZELLI, Petitioner, v ANTHONY F. MARANO, as Justice of the Supreme Court of the State of New York, et al., Respondents. [714 NYS2d 220] —Proceeding pursuant to CPLR article 78 in the nature of mandamus and prohibition, *inter alia,* to compel the respondent Anthony F. Marano, a Justice of the Supreme Court, Nassau County, to enter a judgment in favor of the petitioner and against nonparty Raymond Portelli in the underlying action entitled *Portelli v Portelli,* pending in the Supreme Court, Nassau County, under Index No. 6646/97, and to prohibit the respondents from making any determination with respect to the Law Guardian in that action, including presiding over a fee hearing.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its

authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *see, Matter of Rush v Mordue,* 68 NY2d 348, 352). Similarly, the extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16).

The petitioner has failed to demonstrate a clear legal right to the relief sought. Mangano, P. J., Bracken, O'Brien and Ritter, JJ., concur.